Bruce L. Belton #114645
Attorney at Law
Post Office Box 992570
Redding, California 96099-2570
(530) 879-4282
(530) 232-2750 fax

Attorney for Creditor *Tri Counties Bank*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

In Re:

Scott Lane Shacklett, dba Tomato Man, and Gale Marie Shacklett,

Debtors.

Case No: 09-16950

Chapter 12

Hon. Whitney Rimel

### REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO MASTER MAILING LIST BY TRI COUNTIES BANK

The undersigned attorneys for Tri Counties Bank (the "Bank") hereby request notice of all hearings or trial dates, motions and notices of motions, applications, disclosure statements, plans of reorganization, applications for compromise, applications to abandon properties, applications for approval to sell property of the estate or to pay expenses or claims, copies of monthly operating reports, copies of statements of deposits, and returns of sale of real or personal property for Court approval, whether such notice, application, or the like is sent by the Court, the Debtors, or any other party-in-interest in this

1

FILED
July 30, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001990774

case, and request that all notices, applications or the like be sent to the address below, and that such address be added to the Court's master mailing list:

    Tri Counties Bank
    c/o Bruce L. Belton, Attorney
    Post Office Box 992570
    Redding, California 96099-2570

  THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICE is without prejudice to the Bank's rights, remedies, and claims against other entities or any objection that may be made to the jurisdiction of venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of the Bank's rights (1) to have final orders in noncore mattes entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which the Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Bank hereby expressly reserves.

Dated: July 28, 2009    Respectfully submitted,

            _____
            Bruce L. Belton, Attorney for
            Tri Counties Bank