**2**

COUNTY OF KERN, STATE OF CALIFORNIA
1  c/o Treasurer/Tax Collector's Office
   Attn: Bankruptcy Division
2  P.O. Box 579
   Bakersfield, CA 93302-0579
3  Telephone: 661-868-3490
4  E-Mail: bankruptcy@co.kern.ca.us

5  **Creditor**

FILED
AUG 1 1 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

6  **UNITED STATES BANKRUPTCY COURT**
   **Eastern District of California**
7

8  In re ) Case No.
          ) 09-16950-A-12
9  Debtor )
   Scott Lane and Gale Marie Shacklett ) Chapter 12
10                          Debtor. )
                                    )
11 Address: 19101 Oliver Ln         ) **REQUEST FOR NOTICE OF ALL**
   Onyx, CA 93255                   ) **PLEADINGS AND HEARINGS**
12 City, State Zip:                 )
                                    )
13                                  )
   Tax ID:
14

15 NOTICE IS HEREBY GIVEN that Jackie Denney, Treasurer/Tax Collector for the

16 County of Kern, by Linda Delgado, Fiscal Support Technician, serves as claims

17 representative for the County of Kern, a creditor and a party in interest in the above

18 captioned bankruptcy case. This office hereby requests that the Office of the

19 Treasurer/Tax Collector be added to the master mailing list. Pursuant to the provisions

20 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, including without

21 limitation 11 U.S.C. section 1109(b) and Rules 2002, 3017, 4001, 7004, 9007, 9013 and

22 9022, the undersigned hereby requests that special notice of all matters that may come

23 before the Court be made as follows:

24

25

26                                  1

27

28

KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE
ATTN: BANKRUPTCY DIVISION
c/o Linda Delgado
P.O. BOX 579
BAKERSFIELD, CA 93302-0579
Email: bankruptcy@co.kern.ca.us

The foregoing request includes all mailing lists, matrices, notices and papers referred to in Rule 2002, 3017, 4001, 7004, and 9007, and any other documents brought before the Court in this case, including, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, plans, disclosure statements.

This Request for Notices is submitted for the limited purpose of receiving copies of notices, pleadings, judgments and orders in this case. By submitting this notice of appearance and request for notice, the County of Kern is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose, and the County of Kern expressly reserves the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which the County of Kern may be a party. This notice shall not be deemed or construed to be a waiver of rights to any action, defense, setoff or recoupment that may be available in law or in equity and any such rights are expressly reserved.

Dated: August 10, 2009

Respectfully submitted,

JACKIE DENNEY, TREASURER/TAX COLLECTOR

By _____
Linda Delgado
Fiscal Support Technician
Kern County Treasurer and Tax Collector Office